**GATE-WAY, Inc., Appellant, v. Carl HILL-GREN and James Hillgren, Appellees.**

**No. 12399.**

United States Court of Appeals
Ninth Circuit.

May 24, 1950.

Rehearing Denied June 26, 1950.

Fred H. Miller, Los Angeles, Cal., for appellant.

Hamer H. Jamieson, Los Angeles, Cal., for appellee.

Before MATHEWS, STEPHENS and HEALY, Circuit Judges.

PER CURIAM.

On the grounds and for the reasons stated in its opinion, 82 F.Supp. 546, the judgment of the District Court is affirmed.

**Theodore DONAY, Appellant, v. UNITED STATES of America, Appellee.**

**No. 11088.**

United States Court of Appeals
Sixth Circuit.

May 4, 1950.

Wilbur V. Keegan, Detroit, Mich., Theodore H. Fernholz, Detroit, Mich., for appellant.

Edward T. Kane and Kenneth Smith, Detroit, Mich., for appellee.

Before HICKS, Chief Judge, and SIMONS and ALLEN, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of record, briefs and arguments of counsel, and upon consideration thereof there appears to be no reversible error upon the record,

It is therefore ordered and adjudged that the judgment appealed from, entered in the District Court on September 19, 1949, overruling appellant's motion and petition to vacate and set aside the judgment entered on October 8, 1943, cancelling the United States citizenship of appellant, be and the same is in all things affirmed.

**Burtha M. FISHER, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**No. 11025.**

United States Court of Appeals
Sixth Circuit.

May 2, 1950.

R. M. O'Hara, Wm. F. Robinson, Detroit, Mich., and Benjamin E. Jaffe, Detroit, Mich., for petitioner.

Theron L. Caudle, Charles Oliphant, W. Herman Schwatka, Ellis N. Slack, and Melva M. Graney, Washington, D. C., for respondent.

Before SIMONS, MARTIN and MILLER, Circuit Judges.

PER CURIAM.

Upon consideration of a petition to review the decision of the Tax Court of the United States sustaining a deficiency determined by the Commissioner of Internal Revenue, the briefs and oral argument of counsel had therein, the findings and opinion of the Tax Judge reviewed and approved by the entire court,

It is ordered that the decision of the Tax Court, upon its findings of fact promulgated June 14, 1949, docket #15634, 12 T.C. 1028, and sustained by substantial evidence submitted in the record and upon the conclusions of law recited in its opinion, should be and hereby is

Affirmed.